**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**HOWARD GILLILAND**
**AND LINDA GILLILAND**                                                                **PLAINTIFFS**

**v.**                                          **5:07CV00228-WRW**

**ST. PAUL TRAVELERS INSURANCE**                                          **DEFENDANT**

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 11). The parties have settled this matter and request dismissal. The Joint Motion to Dismiss is GRANTED. Accordingly, this case is dismissed with prejudice. Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED this 24th day of October, 2008.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE